# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION NO. 13-63-1** |
| v. | : | |
| | : | |
| **EDDIE THOMAS** | : | **CIVIL ACTION NO. 18-1011** |
| | : | |

## ORDER

**AND NOW**, this 31st day of May 2018, upon consideration of Defendant's Motions to Vacate, Set Aside, or Correct Sentence [Doc. Nos. 125, 127], and the responses and replies thereto, it is hereby **ORDERED** that the Motions [Doc. No. 125, 127] are **DENIED WITH PREJUDICE AND WITHOUT A HEARING**. There is no basis for the issuance of a certificate of appealability. The Clerk of Court is directed to **CLOSE** the civil case.

It is so **ORDERED**.

                                                                              **BY THE COURT:**

                                                                              **/s/ Cynthia M. Rufe**
                                                                              _____
                                                                              **CYNTHIA M. RUFE, J.**